| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | CHRISTINE S. WATSON (CSBN 218006)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6838 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00263 JSW |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 12, 2005 TO MAY 26, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| CESAR TRUJILLO-MARTINEZ,<br>a/k/a Cesar Antonio Trujillo, | ) | |
| Defendant. | ) | |

The parties appeared before the Court on May 12, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status/trial setting hearing date of May 26, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 12, 2005 to May 26, 2005. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant and the government continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00263 JSW

1  the period from May 12, 2005 to May 26, 2005, outweigh the best interest of the public and the
2  defendant in a speedy trial. Id. § 3161(h)(8)(A).
3      3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
4  May 12, 2005 to May 26, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C.
5  § 3161(h)(8)(A) & (B)(iv).
6      4. The Court scheduled a status/trial setting hearing date of May 26, 2005, at 2:30 p.m.,
7  before the Honorable Jeffrey S. White.
8      IT IS SO STIPULATED.

10 DATED: _____     _____/S/_____
11                                            CHRISTINE S. WATSON
                                           Special Assistant United States Attorney

13 DATED: _____     _____/S/_____
14                                            RONALD C. TYLER
                                           Attorney for Cesar Trujillo-Martinez

15     IT IS SO ORDERED.

17 DATED: June 7, 2005           /s/ Jeffrey S. White_____
                                           HON. JEFFREY S. WHITE
18                                            United States District Judge