IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            ) No. CR 05-0263 JSW<br>        Plaintiff, )<br>            )<br>vs.         ) STIPULATION AND ORDER<br>            ) CONTINUING SENTENCING<br>CESAR TRUJILLO MARTINEZ, )<br>            )<br>        Defendant. )<br>_____) | |

### STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from November 3, 2005 until January 19, 2006 at 2:30 p.m. The continuance requested is necessary to complete the presentence report. Delays have occurred due to defense counsel schedule conflicts and due to required absences by the author of the report.

**IT IS SO STIPULATED.**

DATED: October 31, 2005            _____/S/_____
                                    RONALD TYLER
                                    Assistant Federal Public Defender
                                    Counsel for Cesar Trujillo Martinez

DATED: October 31, 2005            _____/S/_____
                                    TRACIE BROWN
                                    Assistant United States Attorney

STIPULATION & ORDER CONTINUING HEARING
*United States v. Cesar Trujillo Martinez*
CR 05-0263 JSW

- 1 -

**ORDER**

The sentencing in this matter is continued until January 19, 2006 at 2:30 p.m.

IT IS SO ORDERED.

DATED: October 31, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION & ORDER CONTINUING SENTENCING
*United States v. Cesar Trujillo Martinez*
CR 05-0263 JSW                                - 2 -