| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-0263 JSW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| CESAR TRUJILLO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties agree to continue the sentencing in the above-captioned matter from March 30, 2006 to May 11, 2006 at 2:30 p.m. The continuance requested is necessary because defense counse is required to take annual leave during the time previously set for sentencing. Assistant United States Attorney Tracie Brown and Probation Offices K.J. Gibson have been contacted and have no Objection to continuing the hearing in this matter.

**IT IS SO STIPULATED.**

DATED: February 22, 2006 _____/S/_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Cesar Trujillo Martinez

DATED: February 22, 2006 _____/S/_____
TRACIE BROWN
Assistant United States Attorney

- 1 -

**ORDER**

The sentencing in this matter is continued until January 19, 2006 at 2:30 p.m.

IT IS SO ORDERED.

DATED: February 27, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION & ORDER CONTINUING SENTENCING
*United States v. Cesar Trujillo Martinez*
CR 05-0263 JSW                - 2 -