IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>CESAR TRUJILLO MARTINEZ,<br><br>            Defendant. | No. CR 05-0263 JSW<br><br>AMENDED<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING |

**STIPULATION**

The parties agree to continue the sentencing in the above-captioned matter from March 30, 2006 to May 11, 2006 at 2:30 p.m. The continuance requested is necessary because defense counse is required to take annual leave during the time previously set for sentencing. Assistant United States Attorney Tracie Brown and Probation Offices K.J. Gibson have been contacted and have no Objection to continuing the hearing in this matter.

**IT IS SO STIPULATED.**

DATED: February 22, 2006        _____/S/_____
                                                         RONALD TYLER
                                                         Assistant Federal Public Defender
                                                        Counsel for Cesar Trujillo Martinez

DATED: February 22, 2006        _____/S/_____
                                                         TRACIE BROWN
                                                         Assistant United States Attorney

AMENDED **ORDER**

The sentencing in this matter is continued until ~~January 19, 2006~~ at 2:30 p.m.

May 11, 2006

IT IS SO ORDERED.

DATED: February 28, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE